158 A.3d 83

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Kaitlyn Joanne MANGONE, Petitioner**

**No. 233 MAL 2016**

Supreme Court of Pennsylvania.

September 28, 2016

## ORDER

PER CURIAM

**AND NOW**, this 28th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.